UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAPS, LLC,<br>      Plaintiff | CIVIL ACTION |
| VERSUS | NO.  23-299 |
| CODY OELKER,<br>      Defendant | SECTION: "E" (1) |

## JUDGMENT

Considering the Court's Order dated May 19, 2023;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff SAPS, LLC, and against Defendant Cody Oelker, declaring that Defendant Cody Oelker is not, and has never been, a member, owner, or equity holder in SAPS, LLC.

**New Orleans, Louisiana, this 24th day of May, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**